**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
01/05/2023
CT Log Number 542969135

## Service of Process Transmittal Summary

**TO:**     KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**     **Process Served in Texas**

**FOR:**     WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: THOMPSON ARQUINTIS AMY // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Citation(s), Return(s), Original Petition, certificate(s) |
| **COURT/AGENCY:** | 434th Judicial District Court Fort Bend County, TX<br>Case # 22DCV298750 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On or about 02/05/2022 - Walmart store located at 5501 HWY 6, Missouri, TX 77459 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/05/2023 at 14:02 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S)/SENDER(S):** | ABRAHAM GARCIA<br>ABRAHAM GARCIA<br>150 W PARKER RD SUITE 705-B<br>HOUSTON, TX 77076<br>281-962-7772 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/05/2023, Expected Purge Date: 01/10/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
01/05/2023
CT Log Number 542969135

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be
contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Jan 5, 2023
**Server Name:**                   Mauricio Segovia

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | 22-DCV-298750 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



**SERVICE FEE NOT COLLECTED BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:   WALMART INC.
      REGISTERED AGENT CT CORPORATION SYSTEM
      1999 BRYAN STREET SUITE 900
      DALLAS TX  75201-3136

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **November 14, 2022,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **434TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **22-DCV-298750**  and is styled:

**ARQUINTIS AMY THOMPSON VS. WALMART INC.**

The name and address of the attorney for **PLAINTIFF(S)** is:

**ABRAHAM GARCIA
KGS LAW GROUP
150 W PARKER RD SUITE 705-B
HOUSTON TX  77076
281-962-7772**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of November, 2022.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Erica Rodriguez_
**Deputy District Clerk** ERICA RODRIGUEZ
**Telephone:** (281) 633-7612

**22-DCV-298750**                                        **434th Judicial District Court**
**Arquintis Amy Thompson VS. Walmart Inc.**

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___M.  Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                                (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                          (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation issued to Walmart INC.   on 11/17/2022.

**SERVICE FEE NOT COLLECTED
BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:    **WALMART INC.**
       **REGISTERED AGENT CT CORPORATION SYSTEM**
       **1999 BRYAN STREET SUITE 900**
       **DALLAS TX  75201-3136**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **November 14, 2022,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **434TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **22-DCV-298750**  and is styled:

**ARQUINTIS AMY THOMPSON VS. WALMART INC.**

The name and address of the attorney for **PLAINTIFF(S)** is:

**ABRAHAM GARCIA**
**KGS LAW GROUP**
**150 W PARKER RD SUITE 705-B**
**HOUSTON TX  77076**
**281-962-7772**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of November, 2022.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Erica Rodriguez_

**Deputy District Clerk** ERICA RODRIGUEZ
**Telephone:** (281) 633-7612

**SERVICE**

**22-DCV-298750**                                    **434th Judicial District Court**
**Arquintis Amy Thompson VS. Walmart Inc.**

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___M.  Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
(First, Middle, Last)

my date of birth is_____, and my address is _____
(Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

### SERVICE

Citation issued to Walmart INC.   on 11/17/2022.

Filed
11/14/2022 11:33 AM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Katherine Cavazos

CAUSE NO. 22-DCV-298750

| | | |
|---|---|---|
| ARQUINTIS AMY THOMPSON, | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | FORT BEND, TEXAS |
| | § | |
| | § | |
| WALMART INC. | § | Fort Bend County - 434th Judicial District Court |
| *Defendant* | § | _____ JUDICIAL DISTRICT |

<u>PLAINTIFF'S ORIGINAL PETITION</u>

NOW COMES, Plaintiff, ARQUINTIS AMY THOMPSON, and files this Original Petition against Defendant, WALMART INC., and for cause would respectfully show the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1.    Pursuant to Texas Rule of Civil Procedure 190.1, discovery level II. Plaintiff affirmatively plead that this case is, on its facts, not appropriate for prosecution under the expedited actions process under Texas Rule of Civil Procedure 169.

### II. PARTIES AND SERVICE

2.    Plaintiff, ARQUINTIS AMY THOMPSON is an individual residing in Fort Bend County, Texas.

3.    Defendants, WALMART INC., is a Texas corporation and may be served with process with their registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

### III. JURISDICTION AND VENUE

4.    The subject matter in controversy is within the jurisdictional limits of this court.

5.    This court has jurisdiction over Defendants because they are Texas entities.

6.      Venue is proper in Fort Bend County, Texas; pursuant to Section 15.002 (s) (1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions occurred in this county.

## IV. FACTS

7.      On or about February 5,2022, Plaintiff was an invitee on Defendant's premises, walking in a reasonable and prudent manner, exercising care for her safety, and the safety of others. The incident occurred when the Plaintiff fell at 5501 HWY 6, Missouri, TX 77459, on Defendant's premises.  Plaintiff fell due to a wet substance on the floor. The wet floor posed an unreasonably dangerous condition. Defendant failed to warn Plaintiff of the condition or make the condition safe in the first place by not providing a caution wet floor sign. Defendant was in the best position to eliminate and/or warn of this unreasonably dangerous condition. Defendant's breach of its duty proximately caused Plaintiff's injuries.

## V. PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT

8.      At the time of the accident, Defendant negligently failed to maintain their premises in a safe and reasonable manner. Defendant had a duty to exercise ordinary care and reasonably and prudently maintain their premises safe for all people on the property. Defendant breached that duty in one or more way, each of which singularly or in combination with others was the proximate cause of the occurrence in question.

9.      In addition, Defendants do not have in place policies or procedures that require, instruct, or direct it employees in making the premises reasonably safe. If such policies or procedures exist, then Defendants failed to enforce them. Defendants failed to train their employees in making the premises safe. And Defendants further failed to properly and adequately supervise and oversee its premises so as to prevent occurrences such as this one.

## VI. PLAINTIFF'S CLAIM OF PREMISES LIABILITY AGAINST DEFENDANT

10.    The Defendant had a duty to exercise the ordinary care of a premises operator and landlord to business invitees, i.e., the Plaintiff. The Defendant failed to make their premises safe for everyone entering the premises, including guests, invitees, and patrons. Defendant had actual and/or construction knowledge of this condition and failed to make safe or warn Plaintiff of the dangerous condition posed on Defendant's floor. This condition was not open or obvious, and Defendant was in the best position to make the condition safe.

## VII. DAMAGES FOR PLAINTIFF

11.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs ARQUINTIS AMY THOMPSON, was caused to suffer serious bodily injuries, and to incur the following damages for which Plaintiffs seeks monetary relief of over $250,000.00 but not more than $1,000,000.00:

A.    Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiffs, ARQUINTIS AMY THOMPSON for the necessary care and treatment of the injuries resulting from the accident and/or the aggravation of prior injuries and such charges are reasonable and were usual and customary charges for such services in Fort Bend County, Texas;

B.    Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

C.    Physical pain and suffering in the past;

D.    Physical pain and suffering in the future;

E.    Physical impairment sustained in the past;

F.    Physical impairment sustained in the future;

G.    Loss of earnings in the past;

H.    Loss of earning capacity which will, in all probability, be incurred in the future;

I.    Mental anguish in the past; and

J.      Mental anguish in the future.

## VIII.  REQUIRED DISCLOSURE

12.      Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12.  Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## X. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, ARQUINTIS AMY THOMPSON, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff and against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully Submitted,

**KGS LAW GROUP**

By: /s/ *Abraham Garcia*

Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Carlos A. Saldaña
State Bar No. 24086403
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No.  (281) 962-7773
E-Service and Correspondence Email: kgs@kgslawgroup.com
**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

BRANDON KINARD on behalf of ABRAHAM GARCIA
Bar No. 24078005
KGS@KGSLAWGROUP.COM
Envelope ID: 70136956
Status as of 11/14/2022 2:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABRAHAM GARCIA | | KGS@KGSLAWGROUP.COM | 11/14/2022 11:33:01 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 70283242
Status as of 11/17/2022 3:04 PM CST

Associated Case Party: ArquintisAmyThompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Abraham Garcia | 24078005 | attorney.a.garcia@gmail.com | 11/17/2022 3:02:34 PM | SENT |