United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Arquintis Amy Thompson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-0266 |
| | § | |
| Wal-Mart Stores Texas, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 21, 2023, Defendants, Wal-Mart Stores Texas, LLC, through counsel notified the Court that a settlement had been reached in this action with Plaintiff, Arquintis Amy Thompson. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 22nd day of August, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE