United States District Court
Southern District of Texas
**ENTERED**
October 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ARQUINTIS AMY THOMPSON** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:23-CV-00266** |
| **WALMART STORES, TEXAS, LLC** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED _October 3,_____, 2023.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

KGS LAW GROUP

_/s/ Abraham Garcia (with permission)_
Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Carlos A. Saldaña
State Bar No. 24086403
150 W. Parker Rd, Suite 705-B
Houston, Texas 77076
281-962-7772
KGS@Kgslawgroup.com

ATTORNEYS FOR PLAINTIFF

and

BUSH & RAMIREZ, PLLC

_/s/ Bryce Buchmann_
John Ramirez
Texas Bar No. 00798450
S.D. Tex. No. 21280
Bryce Buchmann
Texas Bar No. 24100443
S.D. Tex. No. 3783069
5615 Kirby Drive, Suite 900
Houston, Texas 77005
T: 713-626-1555
F: 713-622-8077
Jramirez.atty@bushramirez.com
Bbuchman.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT